FILED: 09-10-2012

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES RETIREMENT TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES DEFINED CONTRIBUTION TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES VACATION AND HOLIDAY TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES CHRISTMAS BONUS FUND; TRUSTEES OF THE APPRENTICE AND JOURNEYMAN TRAINING TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES PENSIONERS AND SURVIVING SPOUSES HEALTH FUND; TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND; and TRUSTEES OF THE INTERNATIONAL TRAINING FUND,<br><br>      Plaintiffs,<br><br>  vs.<br><br>SIERRA LANDSCAPE DEVELOPMENT, a California corporation; and KEVIN WATCHLER, an individual,<br><br>      Defendants. | CASE NO.: CV 11-08490 GHK (MANx)<br><br>ASSIGNED TO THE HONORABLE GEORGE H. KING<br><br>**JUDGMENT** |

**JUDGMENT**

1 This action having been commenced on October 13, 2011, and the Court having approved the stipulation of the parties for entry of judgment, and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

Plaintiffs Trustees of the Southern California Pipe Trades Health and Welfare Trust Fund, Trustees of the Southern California Pipe Trades Retirement Trust Fund, Trustees of the Southern California Pipe Trades Defined Contribution Trust Fund, Trustees of the Southern California Pipe Trades Vacation and Holiday Trust Fund, Trustees of the Southern California Pipe Trades Christmas Bonus Fund, Trustees of the Apprentice and Journeyman Training Trust Fund, Trustees of the Southern California Pipe Trades Pensioners and Surviving Spouses Health Fund, Trustees of the Plumbers and Pipefitters National Pension Fund, and Trustees of the International Training Fund, shall recover from Defendants Sierra Landscape Development, a California corporation, and Kevin Watchler, an individual, jointly and severally, the principal amount of $106,530.06, plus pre-judgment and post-judgment interest thereon at the rate of eight percent (8%) per annum from June 11, 2012, until paid in full.

DATED: September 7, 2012     _____
                             UNITED STATES DISTRICT COURT JUDGE

- 2 -
**JUDGMENT**
565091